IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
FEB 23 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

UNITED STATES OF AMERICA :
:
v. : 1:26CR38-1
:
AKEEM ALPHONSO MAYNARD :

The Grand Jury charges:

COUNT ONE

On or about January 19, 2024, in the County of Alamance, in the Middle District of North Carolina, AKEEM ALPHONSO MAYNARD knowingly made a false statement and representation to Area 52 Gun & Pawn, LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Area 52 Gun & Pawn, LLC, in that AKEEM ALPHONSO MAYNARD, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he represented that he lived at 1092 Baldwin Ridge Rd, Apartment 307, Burlington, North Carolina on the form, whereas, in truth and in fact, he well knew that he did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO

On or about February 21, 2024, in the County of Alamance, in the Middle District of North Carolina, AKEEM ALPHONSO MAYNARD knowingly made a false statement and representation to Area 52 Gun & Pawn, LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Area 52 Gun & Pawn, LLC, in that AKEEM ALPHONSO MAYNARD, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he represented that he lived at 1092 Baldwin Ridge Rd, Apartment 307, Burlington, North Carolina on the form, whereas, in truth and in fact, he well knew that he did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT THREE

On or about March 28, 2024, in the County of Alamance, in the Middle District of North Carolina, AKEEM ALPHONSO MAYNARD knowingly made a false statement and representation to Area 52 Gun & Pawn, LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Area 52 Gun & Pawn, LLC,

in that AKEEM ALPHONSO MAYNARD, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he represented that he lived at 1092 Baldwin Ridge Rd, Apartment 307, Burlington, North Carolina on the form, whereas, in truth and in fact, he well knew that he did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FOUR

On or about July 24, 2024, in the County of Alamance, in the Middle District of North Carolina, AKEEM ALPHONSO MAYNARD knowingly made a false statement and representation to Area 52 Gun & Pawn, LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Area 52 Gun & Pawn, LLC, in that AKEEM ALPHONSO MAYNARD, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he represented that he lived at 1092 Baldwin Ridge Rd, Apartment 307, Burlington, North Carolina on the form, whereas, in truth and in fact, he well knew that he did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FIVE

On or about August 7, 2024, in the County of Alamance, in the Middle District of North Carolina, AKEEM ALPHONSO MAYNARD knowingly made a false statement and representation to Area 52 Gun & Pawn, LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Area 52 Gun & Pawn, LLC, in that AKEEM ALPHONSO MAYNARD, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he represented that he lived at 1092 Baldwin Ridge Rd, Apartment 307, Burlington, North Carolina on the form, whereas, in truth and in fact, he well knew that he did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT SIX

On or about January 10, 2025, in the County of Alamance, in the Middle District of North Carolina, AKEEM ALPHONSO MAYNARD knowingly made a false statement and representation to Area 52 Gun & Pawn, LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Area 52 Gun & Pawn, LLC,

in that AKEEM ALPHONSO MAYNARD, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he represented that he lived at 1092 Baldwin Ridge Rd, Apartment 307, Burlington, North Carolina on the form, whereas, in truth and in fact, he well knew that he did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT SEVEN

On or about February 26, 2025, in the County of Alamance, in the Middle District of North Carolina, AKEEM ALPHONSO MAYNARD knowingly made a false statement and representation to Area 52 Gun & Pawn, LLC, an entity licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Area 52 Gun & Pawn, LLC, in that AKEEM ALPHONSO MAYNARD, executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he represented that he lived at 1092 Baldwin Ridge Rd, Apartment 307, Burlington, North Carolina on the form, whereas, in truth and in fact, he well knew that he did not live at that address at that time; in violation of Title 18, United States Code, Section 924(a)(1)(A).

COUNT EIGHT

From on or about June 16, 2023, continuing up to on or about March 15, 2025, the exact dates to the Grand Jurors unknown, in the County of Alamance, in the Middle District of North Carolina, AKEEM ALPHONSO MAYNARD, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

DATED: February 23, 2026

DAN BISHOP
United States Attorney

BY: ANAND RAMASWAMY
Assistant United States Attorney

A TRUE BILL:

FOREPERSON