# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

United States of America
v.
AKEEM ALPHONSO MAYNARD
*Defendant*

Case No. 1:26CR38-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* AKEEM ALPHONSO MAYNARD, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

False Statement on an ATF Form 4473 in violation of 18:924(a)(1)(A); Willfully engage in the business of dealing firearms without being a licensed dealer in violation of 18:922(a)(1)(A), 923(a), and 924(a)(1)(D)

***THE UNITED STATES ATTORNEY REQUESTS A DETENTION HEARING***

Date: 02/24/2026

Lawrence H. Cunningham, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/Leah J. Garland, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ________________

Known aliases: ________________

Last known residence: ________________

Prior addresses to which defendant/offender may still have ties: ________________

Last known employment: ________________

Last known telephone numbers: ________________

Place of birth: ________________

Date of birth: ________________

Social Security number: ________________

Height: ____________ Weight: ____________

Sex: ____________ Race: ____________

Hair: ____________ Eyes: ____________

Scars, tattoos, other distinguishing marks: ________________

History of violence, weapons, drug use: ________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ________________

FBI number: ________________

Complete description of auto: ________________

Investigative agency and address: ________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ________________