IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR38-1 |
| | : | |
| AKEEM ALPHONSO MAYNARD | : | |

## FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Dan Bishop, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force Officer Jacob Hinckle investigated the matter of armed fentanyl dealer in Alamance County, finding that the purchaser of a firearm recovered from the dealer's apartment was AKEEM ALPHONSO MAYNARD of Burlington. The firearm found in that apartment on March 11, 2025, drew attention because it was made by a rarely encountered manufacturer: CZ (Česká zbrojovka) of the Czech Republic. TFO Hinckle checked MAYNARD in eTrace[1], finding that

[1] eTrace (Electronic Tracing System) is an internet-based system that allows participating law enforcement agencies to submit firearm traces to the ATF National Tracing Center (NTC). Authorized users can receive firearm trace results via this same internet web site, search all firearm traces submitted by their individual agency, and perform analytical functions.

MAYNARD had seven prior traces (purchases of firearms used in crimes that were later recovered by law enforcement). Additionally, MAYNARD was found to have purchased multiple handguns in the same transaction on five different occasions. The eTrace results were as follows:

a. A Glock 27, serial number BPGG086, seized on May 4, 2025, by the Alamance County Sheriff's Office (ACSO), from a juvenile who used it to threaten another juvenile. MAYNARD had purchased the gun 114 days earlier.

b. A Glock 27, serial number: BPGG086, seized by Burlington Police on March 15, 2025, from a person who was arrested while intoxicated at a Burlington restaurant. MAYNARD had purchased the gun 17 days earlier.

c. A CZ P-09, serial number F297881, recovered by the ACSO in the apartment of an armed fentanyl dealer, in the same drawer as a quantity of fentanyl, on March 11, 2025. MAYNARD had purchased the firearm 228 days earlier.

d. A Glock 19X, serial number BUCB713, seized by Burlington Police on January 25, 2025, in the possession of a convicted felon during a DWI stop. MAYNARD had bought that gun 303 days earlier.

e. A Glock 22, serial number BAHT510, seized by Gaston County police on December 12, 2024. MAYNARD purchased the firearm 295 days earlier.

f. A Glock 20, serial number BYNK294, seized by Burlington Police from a convicted felon during a traffic stop. MAYNARD purchased that firearm 159 days earlier.

g. A Taurus G3, serial number ABD495134, seized on May 3, 2023, by the ACSO from a convicted felon related to MAYNARD. MAYNARD had purchased the gun 19 days earlier.

After reviewing the eTrace reports in May 2025, TFO Hinckle went to the Federal Firearm Licensee (FFL) in Burlington, N.C., where MAYNARD made all of his purchases. TFO Hinckle retrieved copies of the Firearms Transaction Record, ATF Form 4473, for each of MAYNARD's purchases.

When making firearms purchases from an FFL, a purchaser such as MAYNARD is required to disclose certain information on ATF Form 4473. The ATF defines ATF Form 4473 as a form completed and maintained by all FFLs to document the transfer of firearm(s) to an unlicensed individual. The buyer provides personal information and answers question number 21 which has sub-questions in a "Yes and No" format, which indicate to the dealer whether the

purchaser can legally possess the firearm. Handgun and long gun purchases from an FFL require the FFL to contact the National Instant Criminal Background Check System (NICS), a criminal background check, which provides the dealer with a check on the individual purchaser to include a response of proceed, delayed or denied. The response provided by NICS is also listed on the form by the store employee. If a customer answers "no" to any of the questions under number 21, except question 21a which asks if you are the actual purchaser of the firearm, the FFL is prohibited from transferring the firearm to the customer.

MAYNARD used the same address, 1092 Baldwin Ridge Road, Apartment 307, Burlington, North Carolina, when completing the ATF Form 4473 for all firearms he purchased from the same FFL, from June 16, 2023, through February 26, 2025. The ATF determined that MAYNARD was not living at that address after November 25, 2023. According to a lease electronically signed by MAYNARD and his domestic partner on November 21, 2023, MAYNARD had a move-in date of November 25, 2023, at 1091 Forman Lane, Apartment 205, Burlington, North Carolina. The certification block above the purchaser signature block on ATF Form 4473 states in part:

> I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with

> respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominantly earn a profit without a Federal firearms license is a violation of Federal law.

ATF Form 4473 (5300.9) (Revised December 2022).

MAYNARD signed the certification (Line 22, Transferee's/Buyer's Signature) on ATF Form 4473 for every purchase he made from the Burlington FFL, shown below:

| Purchase Date | Make | Model | Serial Number | Caliber |
|---|---|---|---|---|
| 6/16/2023 | Glock | 20 | BYNK294 | 10mm |
| 7/11/2023 | Hi-Point | JXP | 6001803 | 10mm |
| 7/11/2023 | Glock | 30 Gen 4 | TZW212 | .45 ACP |
| 7/11/2023 | Hi-Point | JHP | X4390978 | .45 ACP |
| 8/25/2023 | Smith & Wesson | SD9 | FDW6081 | 9mm |
| 8/25/2023 | Glock | 20 Gen 4 | BYGE040 | 10mm |
| 1/19/2024 | Glock | 30 Gen 4 | TZW212 | .45 ACP |
| 2/21/2024 | Glock | 22 | BAHT510 | .40 |
| 2/21/2024 | Glock | 32 | CBBC771 | .357 SIG |
| 3/28/2024 | Glock | 42 | ABGY281 | .380 ACP |
| 3/28/2024 | Glock | 19X | BUCB713 | 9mm |
| 7/24/2024 | CZ-USA | P-09 | F297881 | 9mm |
| 8/7/2024 | SCCY | CPX-2 | 877953 | 9mm |
| 8/7/2024 | Lorcin | L9MM | 14217 | 9mm |
| 1/10/2025 | Glock | 27 Gen 3 | BPGG086 | .40 |
| 2/26/2025 | Glock | 19 Gen 3 | BWAM943 | 9mm |

TFO Hinckle met MAYNARD at his apartment at 4210 Stonecrest Avenue, Burlington, on August 1, 2025. MAYNARD previously consented to

this interview during a phone call one week earlier. In a consensual, non-custodial interview, MAYNARD admitted to having purchased multiple firearms from the same Burlington FFL since 2023. MAYNARD stated he no longer had any of the firearms in his possession and had sold the firearms either to pawn shops or to individuals. MAYNARD said he could find documentation of the sales but did not possess that documentation at that moment. MAYNARD admitted that he had not lived at the Baldwin Ridge Road apartment address he used on the ATF Form 4473's since early 2024.

On August 14, 2025, MAYNARD was arrested on ten counts of soliciting the unlawful sale of a firearm, a violation of N.C. law. His cell phone was seized upon arrest, and a state search warrant was obtained on August 17, 2025, for a search/analysis of the cell phone. Recovered text messages are shown below:

| | |
|---|---|
| MAYNARD: | Going in stores for $150 hmu |
| [UNKNOWN]: | What you mean? |
| MAYNARD: | Gun stores |

*Recovered Facebook chat, July 1, 2025, with an unidentified person.*

| | |
|---|---|
| MAYNARD: | Might sell this damn block |
| ["FAT BOY"]: | What block |
| MAYNARD: | Glock |
| ["FAT BOY"]: | It's clean, right? And how much |
| MAYNARD: | Yea all my shit clean and like $650 |
| ["FAT BOY"]: | Oh okay cause my ppl moving down here and he needed something |
| MAYNARD: | I run in the stores for $120 |

[“FAT BOY”]: Oh ok I might need you to do that for me

[“FAT BOY”]: I need that [*photo of a Rock Island Armory VRF14 12 gauge shotgun*]




MAYNARD: damn right

[“FAT BOY”]: What store you think they got it at tho

MAYNARD: [*Name of Burlington FFL*] most likely got one

[“FAT BOY”]: See for me and see how much they are

*Recovered Facebook chat, April 15, 2025.*

MAYNARD’s text messages, use of a false address on purchases made after 2023, limited duration of possession (as six of the firearms he purchased were found in the possession of others, with as little as 17 days between MAYNARD’s purchase and the firearm’s recovery), and MAYNARD’s statement to TFO Hinckle that he no longer had any firearms in his possession,

having sold them, all constitute evidence of engaging in the business of firearms sales without a license, in violation of 18 U.S.C. § 922(a)(1)(A).

This, the 28th day of May, 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

/S/ ANAND RAMASWAMY
Assistant United States Attorney
NCSB #24991
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

APFD Mireille Clough, Esquire

Respectfully submitted,

/S/ ANAND RAMASWAMY
Assistant United States Attorney
NCSB #24991
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351